IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN INSIXIENGMY,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO, SALT LAKE COUNTY, IC SYSTEM, and SALT LAKE CITY CORPORATION,<br><br>    Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-01226-DN-DBP<br><br>District Judge David Nuffer<br>Magistrate Judge Dustin B. Pead |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on September 6, 2017 recommends that Plaintiff's Complaint[2] be dismissed without prejudice based upon the Plaintiff's failure to prosecute this case.[3]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[4] is adopted in its entirety.

---

[1] Report and Recommendation, docket no. 8, filed September 6, 2017.

[2] Complaint, docket no. 3, filed December 5, 2016.

[3] Report and Recommendation at 1.

[4] Report and Recommendation, docket no. 8, filed September 6, 2017.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED and this case is DISMISSED without prejudice.

The Clerk is directed to close the case.

Signed September 22, 2017.

BY THE COURT

David Nuffer
United States District Judge

---

[5] Report and Recommendation, docket no. 8, filed September 6, 2017.